728

writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Laurence Graves* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, A. F. Prescott* and *Muriel S. Paul* for respondent.

No. 321. CHATZ, TRUSTEE IN BANKRUPTCY, ET AL. *v.* ARMOUR PLANT EMPLOYEES CREDIT UNION; and

No. 322. CHATZ, TRUSTEE IN BANKRUPTCY, ET AL. *v.* TODD ET AL. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Joseph Rosenbaum* for petitioner. *Ray E. Lane* for respondents. Reported below: 154 F. 2d 236.

No. 324. ESTATE OF VANDERLIP ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edwin W. Cooney* and *John B. Marsh* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, A. F. Prescott* and *Berryman Green* for respondent.

No. 325. HUDSON ET AL., SPECIAL RECEIVERS, *v.* BROOKS, TRUSTEE, ET AL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *J. Campbell Palmer, III,* for petitioners. *Lewis S. Pope, Whitworth Stokes* and *Fyke Farmer* for respondents. A brief was filed by the States of California, Delaware, Florida, Georgia, Iowa, Maryland, Michigan, Minnesota, Texas and West Virginia, ancillary receivers